NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. E.S.

January 24, 1989.

Petition for certification denied.

WEST ORANGE SUPPLEMENTAL INSTRUCTORS ASSOCIATION
v. BOARD OF EDUCATION OF THE TOWNSHIP OF WEST
ORANGE, ESSEX COUNTY.

January 24, 1989.

Petition for certification denied.

GEORGE WATSON, JR. v. ELIZABETH BOARD OF EDUCATION.

January 24, 1989.

Petition for certification denied.

IDA MAE GIBSON v. DAVID J. CAMPODONICO.

January 24, 1989.

Petition for certification denied.